**RSL FUNDING, L.L.C.,**
**Plaintiff–Appellant**

v.

**JG WENTWORTH ORIGINATIONS,**
**L.L.C., Defendant–Appellee.**

No. 14–20277.

United States Court of Appeals,
Fifth Circuit.

May 5, 2015.

Edward John Gorman, John Robert
Craddock, Counsel, Feldman Law Firm,
L.L.P., Houston, TX, for Plaintiff–Appel-
lant.

Earl S. Nesbitt, Patrick Paul Sicotte,
Nesbitt, Vassar & McCown, L.L.P., Addi-
son, TX, for Defendant–Appellee.

Before JONES, BARKSDALE, and
PRADO, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in
light of the briefs, pertinent portions of the
record, and the opinion of the Texas Court
of Appeals in *J.G. Wentworth Origina-*

*tions, LLC v. Freelon,* 446 S.W.3d 426
(Tex.App.-Houston [1st Dist.] 2014). Hav-
ing done so, we conclude that the basis for
abstention is now lacking. We vacate and
remand to the district court to determine
any remaining viable issues, including but
not limited to the illegal encumbrance is-
sue that was not decided in the state ap-
pellate court's .ruling. **VACATED** and
**REMANDED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.